# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:24-CV-00620-FDW-SCR

| | |
|---|---|
| VENUS CONCEPT USA INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| RYAN KEITH and ACCLARO CORPORATION, DOING BUSINESS AS ACCLARO MEDICAL, | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the parties' Joint Motion to Stay Discovery and Rule 26(f) Report. (Doc. No. 31.) The parties move the Court to stay discovery pending resolution of Defendants' Motion to Dismiss Plaintiff's Amended Complaint. (Id.) As grounds for relief, the parties state that discovery will be unnecessary if the Court grants the motion to dismiss, and the scope of discovery will be significantly narrowed if the Court grants in part the motion to dismiss. (Id. at 2.)

"As to scheduling and docket management, this Court enjoys broad discretion." Moss v. City Hosp., Inc., No. 3:19-CV-187, 2020 WL 12584435, at *2 (N.D. W. Va. Nov. 10, 2020) (collecting cases). As such, "district courts have the inherent authority to manage their dockets and courtrooms with a view toward the efficient and expedient resolution of cases." Id. (quoting Dietz v. Bouldin, 136 S. Ct. 1885, 1892 (2016)). Accordingly, to move toward an efficient resolution of this case, the Court finds that a stay of discovery is inappropriate.

**IT IS THEREFORE ORDERED** that the Joint Motion to Stay Discovery and Rule 26(f) Report, (Doc. No. 31), is **DENIED**.

1

**IT IS SO ORDERED.**

Signed: January 14, 2025

Frank D. Whitney
Senior United States District Judge